Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COBBLER NEVADA, LLC,** | Case No.: 3:15-cv-01075-ST  SB |
| Plaintiff, | |
| v. | STIPULATED CONSENT JUDGMENT |
| **CHERISSE WATTS,** | |
| Defendant. | |

STIPULATED CONSENT JUDGMENT

As attested to by the signatures of counsel for the parties below, this matter comes before the Court on the parties' joint stipulation.

Plaintiff Cobbler Nevada, LLC has filed a Complaint against the defendant in the Oregon district court for copyright infringement, 17 U.S.C. §§101, et seq, for the unlicensed copying, promotion and distribution of plaintiffs' motion picture titled The Cobbler, registered with the United States Copyright Office, Reg. No. PAu 3-744-688, 2014. Voltage Pictures, LLC joins in this settlement to effect a full release of claims as they may relate to the parties.

After initial discovery and investigation, defendant, originally identified as DOE-67.168.245.223 was affirmatively identified Cherisse Watts of Clackamas, Oregon as the proper defendant in this matter.

The parties and non-party Voltage Pictures LLC, after conferral and investigation, now appear to fully and finally resolve all claims between the them, known or unknown, arising prior to the date of this settlement, and whether or not the subject of the specific allegations and the matters presently before the Court, and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. Plaintiff Cobbler Nevada, LLC has valid and enforceable copyrights in the original copyrighted work, The Cobbler, ("motion picture") registered with the United States Copyright Office, Reg. No. PAu 3-744-688, 2014.
3. Plaintiff Voltage has valid and enforceable trademark rights in the branding associated with the motion picture and related promotional materials and associate rights in other films that may be related to this action.
4. The signatories agree that Cherisse Watts is the proper named defendant in this case.
5. Plaintiff and Cherisse Watts expressly consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders, including this stipulation or any other final judgment or orders arising therefrom.
6. Cherisse Watts and counsel have fully reviewed the Complaint and the allegations of the

Complaint and specifically admit plaintiff's investigations identifying the IP address used by DOE-67.168.245.223 were accurate, in particular in accurately identifying IP address 67.168.245.223 as the IP address used to download and distribute plaintiff's motion picture and other content identified with the Complaint.

7. In addition to other terms in a separate settlement agreement, the parties further agree and require pursuant to the settlement the below Permanent Injunction be entered against Cherisse Watts.

## PERMANENT INJUNCTION

Cherisse Watts is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing plaintiff's rights in their motion picture (The Cobbler). Cherisse Watts is further enjoined from using the internet to reproduce or copy any Voltage owned or branded motion pictures, to distribute any Voltage owned or branded motion pictures, or to make Voltage owned or branded motion pictures available for distribution to the public, except pursuant to a lawful written license from Voltage. (See list of Voltage-owned titles at www.voltagepictures.com/titles)

Cherisse Watts is hereby directed to immediately delete all unlicensed content in which Voltage has any rights or interest, including plaintiff's motion picture (see above list), together with any and all BitTorrent clients on any computer(s) she owns or controls together with all other software used to obtain media through the Internet by peer-to-peer transfer or exchange; and

Cherisse Watts is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly participating or facilitating in peer-to-peer and BitTorrent file exchanges in violation of US copyright law.

With entry of this consent judgment his matter is terminated.

SO ORDERED, this day: March 17, 2016.
(as modified)

_____
United States Magistrate Judge

So Stipulated and Respectfully Submitted:

Defendant:

By Cheryne Watts

On Behalf of Plaintiff Cobbler Nevada LLC:

/s/   Carl D. Crowell
Carl D. Crowell, OSB # 982049
email: carl@crowell-law.com
Crowell Law
P.O. Box 923
Salem, OR 97308-0923
Phone: 503-581-1240
Of counsel for plaintiffs

On Behalf of non-party Voltage Pictures LLC:

/s/   Carl D. Crowell
Carl D. Crowell, OSB # 982049
email: carl@crowell-law.com
Crowell Law
P.O. Box 923
Salem, OR 97308-0923
Phone: 503-581-1240